BOLESLAW ZERANSKI *v.* JOSEPHINE ZERANSKI

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted.

*Paul J. McQuillan,* for the appellee (plaintiff).

*Josephine Zeranski,* pro se, the appellant (defendant).

Argued December 4—decided December 4, 1962

PETER C. LOEWENBERG ET AL. *v.* MINNIE S. WALLACE ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*John D. LaBelle,* for the appellees (defendants).

*Jay W. Jackson,* for the appellants (plaintiffs).

Argued December 4—decided December 4, 1962

STATE OF CONNECTICUT *v.* DONALD L. DUNCAN

The motion by the state to dismiss the appeal from the Superior Court in Hartford County is granted.

*George D. Stoughton,* assistant state's attorney, for the appellee (state).

*Monroe S. Gordon,* for the appellant (defendant).